IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MEDICINE DISPENSING SYSTEMS, INC. AND
KIND CLINICS, LLC                                                                            PLAINTIFFS

V.                                              4:12CV688 JMM

FAMILY COUNCIL ACTION COMMITTEE
AND JERRY COX INDIVIDUALLY AND AS
DIRECTOR OF THE FAMILY COUNCIL
ACTION COMMITTEE                                                                   DEFENDANTS

## ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice.  The Court retains complete jurisdiction for thirty (30) days for purposes of enforcing the settlement agreement.

IT IS FURTHER ORDERED that all deadlines are terminated.  The trial set for October 28, 2013 is cancelled.

Dated this 17th day of July, 2013.


                                                                            _____
                                                                            James M. Moody
                                                                            United States District Judge